1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. 14-mj-56 DAD
                                    )
11              Plaintiff,          )   STIPULATION AND [PROPOSED] ORDER
                                    )   TO CONTINUE PRELIMINARY HEARING
12     v.                           )
                                    )   Date:  June 19, 2014
13 JENNIFER ANN LYNCH,              )   Time:  2:00 p.m.
                                    )   Judge: Hon. Kendall J. Newman
14              Defendant.          )
                                    )
15 _____  )

16

17     The parties stipulate and request that the Court continue the preliminary hearing

18 scheduled for May 15, at 2:00 p.m., before the Honorable Allison Claire, to June 19, 2014, at

19 2:00 p.m., before the Honorable Kendall J. Newman.

20     Counsel for Ms. Lynch requires time to review discovery with her, and to conduct further

21 investigation.  Counsel also requires time to continue to discuss a potential pre-indictment

22 resolution of this case with Ms. Lynch, and to negotiate with government counsel.

23     The parties agree that the above reasons constitute good cause to extend the time for

24 preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within

25 which the government must file an indictment to June 19, 2014.

26     The parties stipulate that the ends of justice served by granting Ms. Lynch's request for a

27 continuance outweigh the best interest of the public and Ms. Lynch in a speedy trial, and that this

28

Stipulation to Continue            -1-                           14-mj-056 DAD

1  is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. §
2  3161(h)(7) (Local Code T4).

3   DATED: May 13, 2014                     HEATHER E. WILLIAMS
4                                           Federal Defender

5                                           /s/ M.Petrik
6                                           MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender
7

8  DATED: May 13, 2014                      BENJAMIN B. WAGNER
9                                           United States Attorney

10                                          /s/ M.Petrik for
                                            MICHELLE RODRIGUEZ
11                                          Assistant U.S. Attorney

12

13                                  **O R D E R**

14        Finding good cause, the Court orders the preliminary hearing continued to June 19, 2014,
15  at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded as set forth above for the
16  reasons set forth above.  The Court finds that the ends of justice served by granting Ms. Lynch's
17  request for a continuance outweigh the best interest of the public and Ms. Lynch in a speedy
18  trial.

19  DATED: May 13, 2014

20                                          _____
                                            ALLISON CLAIRE
21                                          UNITED STATES MAGISTRATE JUDGE